## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **JOSEPH J. TAPELLA,** | Bankruptcy No. 15-40305 |
| Debtor. | Honorable Bruce W. Black |

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #28)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on October 27, 2016.

Dated: October 27, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **JOSEPH J. TAPELLA**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.   773-877-3191
f.   815-846-8516
e.   trustee@zanezielinski.com

## ECF SERVICE LIST

- Patrick S Layng
  USTPRegion11.ES.ECF@usdoj.gov
- Patrick A Meszaros on behalf of Debtor 1 Joseph J. Tapella
  patrickmeszaros@yahoo.com
- John A Reed on behalf of Creditor New Century Federal Credit Union
  barbf@thebankruptcylaw.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
**Joseph J. Tapella**
1614 Sugar Creek Court
Joliet, IL 60433

**VIA U.S. MAIL**
Illinois Department Of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0338

**VIA U.S. MAIL**
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, Pa 19101-7346

**VIA U.S. MAIL**
Pyod, Llc Its Successors And Assigns As
Assignee
Of Citibank, N.A.
Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602

**VIA U.S. MAIL**
Pyod, Llc Its Successors And Assigns As
Assignee
Of Citibank, N.A.
Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602