UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                §
                                      §
                                      §
Joseph J. Tapella                     §    Case No. 15-40305
                                      §
                                      §
          Debtor                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 81,600.00<br>*(Without deducting any secured claims)* | Assets Exempt: 49,702.00 |
| Total Distributions to Claimants:  13,422.91 | Claims Discharged<br>Without Payment:  316,017.97 |
| Total Expenses of Administration:  5,795.09 | |

    3) Total gross receipts of $ 23,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,282.00  (see **Exhibit 2**), yielded net receipts of $ 19,218.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 52,947.07 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,795.09 | 5,795.09 | 5,795.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 13,237.00 | 12,815.46 | 12,815.46 | 12,815.46 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 251,978.32 | 40,632.32 | 40,632.32 | 607.45 |
| **TOTAL DISBURSEMENTS** | $ 318,162.39 | $ 59,242.87 | $ 59,242.87 | $ 19,218.00 |

    4)  This case was originally filed under chapter 7 on  11/25/2015 .  The case was pending for 14 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/09/2017                                   By:/s/Zane L. Zielinski, Trustee
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1956 Chevy 210 Vehicle | 1129-000 | 14,000.00 |
| 1963 Plymouth Fury | 1129-000 | 9,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$23,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| American Auction Associates | Exemptions | 8100-002 | 4,282.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,282.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | New Century Federal Credit Union 971 Collins St. Joliet, IL 60432-2736 | | 1,656.93 | NA | NA | 0.00 |
| | PNC Bank PO Box 856177 Louisville, KY 40285-6177 | | 51,290.14 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 52,947.07** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 2,671.80 | 2,671.80 | 2,671.80 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 254.33 | 254.33 | 254.33 |
| Associated Bank | 2600-000 | NA | 120.68 | 120.68 | 120.68 |
| Alan D. Lasko & Associates P.C. | 3310-000 | NA | 1,756.23 | 1,756.23 | 1,756.23 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 42.05 | 42.05 | 42.05 |
| American Auction Associates, Inc. | 3620-000 | NA | 950.00 | 950.00 | 950.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,795.09 | $ 5,795.09 | $ 5,795.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | 2,000.00 | NA | NA | 0.00 |
| 1 | Illinois Department Of Revenue | 5800-000 | 4,500.00 | 1,964.81 | 1,964.81 | 1,964.81 |
| 2 | Internal Revenue Service | 5800-000 | 6,737.00 | 10,850.65 | 10,850.65 | 10,850.65 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 13,237.00 | $ 12,815.46 | $ 12,815.46 | $ 12,815.46 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Urology Associates 1541 Riverboat Center Drive Joliet, IL 60431-9341 | | 920.00 | NA | NA | 0.00 |
| | Alliance One PO Box 3102 Southeastern, PA 19398-3102 | | 180.00 | NA | NA | 0.00 |
| | Associate Pathologists of Joliet 39784 Treasury Center Chicago, IL 60694-9700 | | 7,574.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATG Credit, LLC P.O. Box 14895 Chicago, IL 60614-4895 | | 0.00 | NA | NA | 0.00 |
| | Biehl & Biehl, Inc. PO Box 87410 Carol Stream, IL 60188-7410 | | 34,932.44 | NA | NA | 0.00 |
| | Cardiology Interpretation II 2801 Black Road Suite A Joliet, IL 60435-2929 | | 25.00 | NA | NA | 0.00 |
| | Central DuPage Hospital PO Box 4090 Carol Stream, IL 60197-4090 | | 166.88 | NA | NA | 0.00 |
| | Client Services, Inc PO Box 1503 Saint Peters, MO 63376-0027 | | 13,996.88 | NA | NA | 0.00 |
| | Client Services, Inc. PO Box 1503 Saint Peters, MO 63376 | | 0.00 | NA | NA | 0.00 |
| | Credence Resource Management PO Box 2268 Southgate, MI 48195-4147 | | 58.20 | NA | NA | 0.00 |
| | Creditors Collection PO Box 63 Kankakee, IL 60901 | | 220.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Discount & Audit Co 415 E. Main Street P.O. Box 213 Streator, IL 61364 | | 2,450.00 | NA | NA | 0.00 |
| | Emp of Will County, LLC Attn 848462X PO Box 14000 Belfast, ME 04915 | | 1,723.60 | NA | NA | 0.00 |
| | Escallate, LLC PO Box 630906 Cincinnati, OH 45263-0906 | | 0.00 | NA | NA | 0.00 |
| | Hari P. Gadde MD 330 N Madison Street L11 Joliet, IL 60435 | | 250.00 | NA | NA | 0.00 |
| | Haveric Medical PO Box 621 Hinsdale, IL 60522 | | 1,558.00 | NA | NA | 0.00 |
| | Heart Care Centers of IL P.O. Box 766 Bedford Park, IL 60499-0766 | | 40.00 | NA | NA | 0.00 |
| | Joliet Cardiology Center P.O. Box 379 Orland Park, IL 60462 | | 4,880.00 | NA | NA | 0.00 |
| | Joliet Diabetes and Endocrinology 1715 Glenwood Avenue Joliet, IL 60435-5835 | | 1,930.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joliet Headach & Neuro 801 N. Larkin Ave. Ste. 103 Joliet, IL 60435-3442 | | 720.00 | NA | NA | 0.00 |
| | Joliet Radiological Serv. Corp. 36910 Treasury Ctr Chicago, IL 60694-6900 | | 1,595.00 | NA | NA | 0.00 |
| | Kurtz Ambulance Service Inc. P.O. Box 457 Wheeling, IL 60090-0457 | | 96.20 | NA | NA | 0.00 |
| | Millennia Patient Services PO Box 1180 Sharpsburg, GA 30277 | | 40.00 | NA | NA | 0.00 |
| | MiraMed Revenue Group Dept 77304 PO Box 77000 Detroit, MI 48277-0304 | | 0.00 | NA | NA | 0.00 |
| | MiraMed Revenue Group, LLC 991 Oak Creek Drive Lombard, IL 60148-6408 | | 0.00 | NA | NA | 0.00 |
| | MRS Associates, Inc. 1930 Olney Avenue Cherry Hill, NJ 08003 | | 5,391.24 | NA | NA | 0.00 |
| | Nationwide Credit & Collection PO Box 3219 Oak Brook, IL 60523-8852 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northeast Endocrinology 2222 Weber Road Joliet, IL 60435 | | 94.00 | NA | NA | 0.00 |
| | Northland Group P.O. Box 390905 Minneapolis, MN 55439 | | 0.00 | NA | NA | 0.00 |
| | Presence Home Care 18927 Hickory Creek Drive Suite 300 Mokena, IL 60448 | | 4,705.20 | NA | NA | 0.00 |
| | Presence St Joseph Medical Center PO Box 88097 Chicago, IL 60680-1097 | | 125,000.00 | NA | NA | 0.00 |
| | PSJMC Physician Billing 75 Remittance SR Suite 1577 Chicago, IL 60675 | | 3,509.86 | NA | NA | 0.00 |
| | United Collection Bureau PO Box 140310 Maumee, OH 43537 | | 0.00 | NA | NA | 0.00 |
| | United Collection Bureau, Inc. 5620 Southwyck Blvd Suite 206 Toledo, OH 43614 | | 8,669.53 | NA | NA | 0.00 |
| | Yatin Shah, MD 2025 S. Chicago St. Joliet, IL 60436 | | 320.00 | NA | NA | 0.00 |
| 2A | Internal Revenue Service | 7100-000 | 3,010.00 | 12,495.57 | 12,495.57 | 186.81 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 5,310.60 | 5,310.60 | 5,310.60 | 79.39 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 22,611.69 | 22,611.69 | 22,611.69 | 338.04 |
| 1A | Illinois Department Of Revenue | 7100-001 | NA | 214.46 | 214.46 | 3.21 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 251,978.32 | $ 40,632.32 | $ 40,632.32 | $ 607.45 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-40305 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Joseph J. Tapella | | | | Date Filed (f) or Converted (c): | 11/25/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/21/2015 |
| For Period Ending: | 01/09/2017 | | | | Claims Bar Date: | 04/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1614 Sugar Creek Court, Joliet, Il 60433 | 95,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking - Chase | 318.00 | 0.00 | | 0.00 | FA |
| 3. Checking - Pnc Bank | 800.00 | 0.00 | | 0.00 | FA |
| 4. Checking - Bmo Harris | 100.00 | 0.00 | | 0.00 | FA |
| 5. Used Furniture 20 Plus Years Co-Owned With Non- Filing Spous | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7. Western Southern Life Insurance Account | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Term Insurance Knights Of Columbus | 1.00 | 0.00 | | 0.00 | FA |
| 9. Northwestern Mutual Insurance Whole Life Policy | 25,000.00 | 0.00 | | 0.00 | FA |
| 10. Northwestern Mutual Term Life Policy | 1.00 | 0.00 | | 0.00 | FA |
| 11. Ira | 800.00 | 0.00 | | 0.00 | FA |
| 12. 2005 Chevy Suburban 160,000 Miles Not Running | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. 1956 Chevy 210 Vehicle | 8,000.00 | 0.00 | | 14,000.00 | FA |
| 14. 1963 Plymouth Fury | 10,000.00 | 0.00 | | 9,500.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $145,020.00   $0.00   $23,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee submitted his final report for review on October 20, 2016.

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Initial Projected Date of Final Report (TFR): 01/31/2017    Current Projected Date of Final Report (TFR): 10/20/2016

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-40305 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Joseph J. Tapella | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4545 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3679 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/12/16 | | American Auction Associates<br>508 West Brittany Drive<br>Arlington Heights, Illinois 60004 | Sale of Vehicles | | $18,022.57 | | $18,022.57 |
| | | | Gross Receipts $23,500.00 | | | | |
| | | | debtor's Exemption ($4,282.00) | 8100-002 | | | |
| | | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL | ($1,195.43) | 3620-000 | | | |
| | 13 | | 1956 Chevy 210 Vehicle $14,000.00 | 1129-000 | | | |
| | 14 | | 1963 Plymouth Fury $9,500.00 | 1129-000 | | | |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.69 | $18,007.88 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.77 | $17,981.11 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.87 | $17,955.24 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.70 | $17,928.54 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.65 | $17,901.89 |
| 10/17/16 | | American Auctions Associates, Inc. | Refund of closing costs | 3620-000 | | ($245.43) | $18,147.32 |
| 11/18/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $2,926.13 | $15,221.19 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($2,671.80) | 2100-000 | | | |
| | | | Page Subtotals: | | $18,022.57 | $2,801.38 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-40305  
Case Name: Joseph J. Tapella  
Taxpayer ID No: XX-XXX3679  
For Period Ending: 01/09/2017  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX4545  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($254.33) | 2200-000 | | | |
| 11/18/16 | 5002 | Alan D. Lasko & Associates P.C. | Distribution | | | $1,798.28 | $13,422.91 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($1,756.23) | 3310-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($42.05) | 3420-000 | | | |
| 11/18/16 | 5003 | Illinois Department Of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-000 | | $1,964.81 | $11,458.10 |
| 11/18/16 | 5004 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, Pa 19101-7346 | Distribution | | | $11,037.46 | $420.64 |
| | | Internal Revenue Service | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($10,850.65) | 5800-000 | | | |
| | | Internal Revenue Service | Final distribution to claim 2 representing a payment of 1.49 % per court order. ($186.81) | 7100-000 | | | |
| 11/18/16 | 5005 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $3.21 | $417.43 |
| 11/18/16 | 5006 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Distribution | | | $417.43 | $0.00 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 3 representing a payment of 1.49 % per court order. ($79.39) | 7100-000 | | | |

Page Subtotals: $0.00  $15,221.19

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-40305 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Joseph J. Tapella | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4545 |
| | Checking |
| Taxpayer ID No: XX-XXX3679 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 4 representing a payment of 1.49 % per court order. | ($338.04) 7100-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $18,022.57 | $18,022.57 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,022.57 | $18,022.57 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,022.57 | $18,022.57 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

### TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4545 - Checking | $18,022.57 | $18,022.57 | $0.00 |
| | $18,022.57 | $18,022.57 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $5,477.43 |
| Total Net Deposits: | $18,022.57 |
| Total Gross Receipts: | $23,500.00 |

Page Subtotals:         $0.00        $0.00